# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of Pennsylvania

IN RE: ASBESTOS PRODUCTS    :    **MDL 875**
  **LIABILITY LITIGATION**    :
  **ALL ACTIONS**       :
  **(See attached schedule for case list)** :

## TRANSFER ORDER NO. 387

The Court hereby ORDERS the Clerk of the District Court for the Eastern District

of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of

MDL−875 cases from the District Court for the Eastern District of Arkansas,

the Transferor Court, in accordance with the terms of this Court's Administrative

Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.


### BY THE COURT


s/EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO, J.**

Date: 04−13−09


**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 9 2009

JAMES W. McCORMACK, CLERK
By: _____
     **DEP CLERK**

| DATE | PA E.D. # | TRANSFER # | NAME OF PLAINTIFF | TRANSFER DIST./DIV. |
|---|---|---|---|---|
| 4/13/2009 | 65692 | 97-00387 | Hobbs, Debra Administratrix of the Estate of Robert Hobbs, Deceased | ARKANSAS EASTERN - 3 |
| 4/13/2009 | 65693 | 90-00030 | Leonard, John Carleton | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65694 | 90-00031 | Elliott, John D. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65695 | 90-00163 | McGhee, OL | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65696 | 90-00164 | Dugger, William | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65697 | 90-00167 | Price, Ben E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65698 | 90-00169 | Walton, Franklin J. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65699 | 90-00170 | Finch, George | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65700 | 90-00364 | Smothers, Ralph E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65701 | 90-00366 | Cooper, Vannis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65702 | 90-00367 | Trent, Cloyd | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65703 | 90-00368 | Beavers, Hosea C. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65704 | 90-00369 | Wait, Haulcy A. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65705 | 90-00370 | White, Theodis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65706 | 90-00371 | Wilson, McKinley | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65707 | 90-00373 | Hammons, Dallas R. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65708 | 90-00374 | Haynie, Herbert H. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65709 | 90-00375 | Hill, Lee G. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65710 | 90-00376 | Kerr, Albert L. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65711 | 90-00377 | Knowles, William H. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65712 | 90-00378 | Lively, Thurmon | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65713 | 90-00381 | Lumpkin, George E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65714 | 90-00453 | Walker, CD | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65715 | 90-00454 | Reed, John | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65716 | 90-00459 | Tollison, RT | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65717 | 90-00588 | Daughtry, Lucille Special Administratrix and Individually in the matter of the Estate of James Daughtry, Deceased | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65718 | 90-00642 | Murders, Oren | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65719 | 90-00354 | Diden,Samuel R. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65720 | 90-00351 | Hunter, Ross C. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65721 | 90-00679 | Tanner, Jack | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65722 | 90-00695 | Keeter, George | ARKANSAS EASTERN - 4 |

| 4/13/2009 | 65723 | 90-00696 | Walker, Cecil S. | ARKANSAS EASTERN - 4 |
|-----------|-------|----------|------------------|----------------------|
| 4/13/2009 | 65724 | 90-00755 | Holloway, William J. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65725 | 90-00850 | Dodson, Marvin | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65726 | 91-00012 | Fulmer, Louis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65727 | 99-00076 | Drummond, Shirley | ARKANSAS EASTERN - 1 |
|  |  |  | Clark, Julie |  |
|  |  |  | Chenevert, Donna |  |
|  |  |  | Drummond, Ardie |  |
| 4/13/2009 | 65728 | 91-00056 | Melton, William D. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65729 | 91-00061 | Franks, Florence | ARKANSAS EASTERN - 4 |
|  |  |  | Wife, Special Administratrix and |  |
|  |  |  | Indivdiually, in the matter of the Estate of |  |
|  |  |  | Gilbert Franks, Deceased |  |
| 4/13/2009 | 65730 | 91-00157 | Johnson, JH, Jr. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65731 | 91-00246 | Jackson, Walter A. and Amy M. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65732 | 91-00249 | Nicholas, Rose J. | ARKANSAS EASTERN - 4 |
|  |  |  | Special Administratix of the Estate of |  |
|  |  |  | Fred B. Nicholas, Deceased |  |
| 4/13/2009 | 65733 | 91-00459 | Steward, Tilmon | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65734 | 91-00460 | Hohler, James | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65735 | 91-00535 | Lipke, Norman | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65736 | 95-00542 | Cook, Neal | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65737 | 97-00888 | Woodard, Clark | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65738 | 97-00901 | Phillips, Crystal | ARKANSAS EASTERN - 4 |
|  |  |  | Individually and as Adminstratrix of the |  |
|  |  |  | Estate of Clariece Cook |  |
| 4/13/2009 | 65739 | 01-00093 | Nutt, James Herman | ARKANSAS EASTERN - 5 |